## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| ANTONIO MOORE, | : |
| Petitioner, | : |
| v. | : CASE NO.: 1:12-CV-119 |
| DAVID FRAZIER, | : |
| Respondent. | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed June 11, 2013. (Doc. 22.) Judge Langstaff recommends granting Respondent's Motion to Dismiss Petitioner's federal habeas petition as untimely. (*Id.*) No objections were filed in response to this Recommendation within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on June 25, 2013. (*See* Doc. 22 at 4; Docket).

Upon full review and consideration upon the record, the Court finds that Judge Langstaff's Report and Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. The Court further **DENIES** Petitioner a certificate of appealability, as Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

**SO ORDERED**, this  26th  day of June, 2013.

/s/    W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**